PROB 12
(3/88)

# UNITED STATES DISTRICT COURT

for

FILED BY _____ .D.C.

05 JUN -2 AM 8: 42

## WESTERN DISTRICT OF TENNESSEE

Robert R. Di Trolio
CLERK U.S. DIST. CT.
WD OF TN MEMPHIS

U.S.A   vs.   Alois B. Greer

Docket No. _____ 2:99CR20269-004

### Petition on Probation and Supervised Release

COMES NOW _____ Marnie Klyman _____, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of ____ Alois B. Greer ____, who was placed on probation by the Honorable Julia S. Gibbons sitting in the Court at _Memphis_, _Tennessee_ on the 13th day of July, 2001, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.    The defendant shall make restitution in the amount of $366,205.56 as directed by the probation office. (balance $362,389.76).

Supervised Release began : December 20, 2002.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### (If short insert here; if lengthy write on separate sheet and attach)

Alois B. Greer fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Ms. Greer has paid $4,315.80 toward her restitution and has made a good faith effort to satisfy her restitution obligation, however, she has an outstanding balance of $362,389.76. Ms. Greer has entered into an agreement with the Financial Litigation Unit to continue payments in the amount of $140.80 per month. AUSA Linda Harris stated she does not object to Ms. Greer receiving early termination.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Greer be discharged from supervision with the understanding that the U. S. Attorney's Office will be responsible for the continued collection of restitution.

### ORDER OF COURT

Considered and ordered this 1st day of ____ Jun ____, 20 05, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Marnie Klyman
Marnie Klyman
U.S. Probation Officer

Place:   Memphis, TN _____

Date:   May 20, 2005 _____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-2-05 _____

101

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 101 in case 2:99-CR-20269 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT